**FILED**

JAN 2 2 2014

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-153-APG-(CWH) |
| ) | |
| IRENE LI, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on October 21, 2013, that IRENE LI shall pay the criminal forfeiture money judgment of $2,319,780.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Superseding Indictment, ECF No. 24; Change of Plea, ECF No. 57; Plea Agreement, ECF No. 58; Order of Forfeiture, ECF No. 60.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from IRENE LI the criminal forfeiture money judgment in the amount of $2,319,780.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States

. . .
. . .
. . .
. . .
. . .

Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this ___ day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE